UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BILLY SULLIVAN,

    Plaintiff,

v.

UNKNOWN HEWSON, et al.,

    Defendants.

_____/

Case No. 2:23-cv-148

HON. JANE M. BECKERING

### ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment (ECF No. 49). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 64) on August 29, 2025, recommending that this Court grant Defendants' motion and dismiss the case. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 64) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 49) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any

objections. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.


Dated: September 30, 2025                                      /s/ Jane M. Beckering
                                                                          JANE M. BECKERING
                                                                          United States District Judge